RECEIVED
IN LAKE CHARLES, LA.

NOV 16 2011

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:07 CR 20102 |
| VS. | : | JUDGE MINALDI |
| NATHANIEL SINGLETON | : | MAGISTRATE JUDGE KAY |

### MEMORANDUM RULING

Presently before the court is a Motion to Vacate, Set Aside or Correct the Sentence [Rec. Doc. 86] filed by the defendant, Nathaniel Singleton. The Government filed an Opposition [Rec. Doc. 89] and the defendant filed a Reply [Rec. Doc. 90].

Having considered the memoranda in support of and in opposition to the motion, the court finds that the defendant is essentially challenging his sentence. This claim is not cognizable in a §2255 motion and it is procedurally barred. Therefore, the motion will be denied.

Lake Charles, Louisiana, this 14 day of November, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE