UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE No. 2:07-cr-20102 |
| VERSUS | : | JUDGE JAMES |
| NATHANIEL SINGLETON | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 130] of the Magistrate Judge previously filed herein, and after an independent determination of the issues and review of the record, the Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS ORDERED** that the instant Motion for Sentence Monitoring Computation Data be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction, and that the Motion to Refile [doc. 129] be **DENIED** because the court lacks jurisdiction to grant Singleton's requested relief.

**THUS DONE AND SIGNED** in Chambers this 29th day of May, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE